**Order entered December 1, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-15-01422-CV**
**No. 05-15-01423-CV**
**No. 05-15-01424-CV**

**IN RE EMANUAL DELEON FIELDS, Relator**

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0154898-N, F-0154899-N, F-0154900-N,**

# ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    LANA MYERS
        JUSTICE